**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

SANTIAGO REYES *individually and on behalf of all others similarly situated*,

                Plaintiff,

-against-

24 WEST FOOD CORP. *d/b/a* FOOD DYNASTY SUPERMARKET; ABDEL K. ABUZAHRIEH *jointly and severally*; MOHAMMED ABUZAHRIEH *jointly and severally*; HIKMAT ABUZAHRIEH *jointly and severally*,

                Defendants.

------------------------------------- x

ORDER

18 Civ. 10878 (GBD) (SLC)

GEORGE B. DANIELS, District Judge:

The February 27, 2020 conference is cancelled. This Court will hear oral argument on Defendants' Motion for Summary Judgment, (ECF No. 22), on May 7, 2020, at 10:30 a.m.

Dated: February 26, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE