**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

SANTIAGO REYES *individually and on behalf of all others similarly situated*,

                           Plaintiff,

-against-

24 WEST FOOD CORP. *d/b/a* FOOD DYNASTY SUPERMARKET; ABDEL K. ABUZAHRIEH *jointly and severally*; MOHAMMED ABUZAHRIEH *jointly and severally*; HIKMAT ABUZAHRIEH *jointly and severally*,

                          Defendants.

------------------------------------- x

ORDER

18 Civ. 10878 (GBD) (SLC)

GEORGE B. DANIELS, District Judge:

The May 7, 2020 oral argument is hereby cancelled, in light of this Court's referral of dispositive motions to Magistrate Judge Cave.

Dated: March 2, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE