**PELTON GRAHAM** LLC

ADVOCATES FOR JUSTICE

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

July 16, 2021

**VIA CM/ECF**

Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      **RE:**   *Reyes v. 24 West Food Corp., et al.*
              <u>Civil Action No. 18 Civ. 10878 (GBD)(SLC)</u>

Dear Judge Cave:

      This office represents the Plaintiff in the above-referenced action. We write to respectfully request that the upcoming settlement conference scheduled for July 21, 2021 be adjourned *sine die*.

      On June 22, 2021, Plaintiff's counsel submitted a letter to Judge Daniels requesting a status conference to set a schedule for the case moving forward and revisit the possibility of resolution. The parties participated in a telephone conference before Your Honor on June 23, 2021 during which they discussed their mutual availability for a settlement conference. A settlement conference was subsequently scheduled for July 21, 2021. We write to report that despite numerous attempts to contact Plaintiff Santiago Reyes ("Reyes") by phone, mail, social media, as well as through Reyes's co-plaintiffs in a prior lawsuit in which our office was plaintiffs' counsel, we have been unable to reach Reyes to discuss the upcoming settlement conference. Thus, counsel for Plaintiff respectfully requests that the settlement conference be adjourned *sine die* as we continue our efforts to locate our client. Plaintiff's counsel additionally proposes submitting a status letter to Your Honor within sixty (60) days of this submission. This is the first request for an adjournment of the settlement conference.[1]

      We appreciate Your Honor's attention to this matter. Please contact the undersigned should you have any questions regarding this submission.

                                      Respectfully submitted,

                                      */s/ Brent E. Pelton*

---

[1] While Plaintiff's counsel reached out to defense counsel by phone on July 16, 2021, we were only able to leave a voicemail.

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800
**San Francisco**: 456 Montgomery Street, 18th Fl., San Francisco, CA 94104  Tel. 415-437-9100  Fax 212-385-0800

www.PeltonGraham.com

Brent E. Pelton, Esq. of
PELTON GRAHAM LLC

cc: All Counsel (via ECF)

> Plaintiff's request to adjourn the settlement conference sine die (ECF No. 38) is GRANTED. Accordingly, the settlement conference currently scheduled for July 21, 2021 is CANCELLED.
>
> By **August 16, 2021**, Plaintiff's counsel shall file a status report regarding his efforts to contact his client.
>
> The Clerk of the Court is respectfully directed to close ECF No. 38.
>
> SO ORDERED    7/19/2021

_____
SARAH L. CAVE
United States Magistrate Judge