UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SANTIAGO REYES, *on behalf of himself and all others similarly situated*,

                      Plaintiff,

    -against-

24 WEST FOOD CORP. *d/b/a* FOOD DYNASTY SUPERMARKET; ABDEL K. ABUZAHRIEH; MOHAMMED ABUZAHRIEH; HIKMAT ABUZAHRIEH,

                      Defendants.

------------------------------------- x

ORDER

18 Civ. 10878 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A pretrial conference is scheduled for December 15, 2021 at 9:45 a.m.

Dated: New York, New York
       October 19, 2021

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge