

# PELTON GRAHAM LLC

ADVOCATES FOR JUSTICE

December 9, 2021

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

**VIA CM/ECF**

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

DEC 13 2021

SO ORDERED:

*/s/ George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: DEC 13 2021

RE:  *Reyes v. 24 West Food Corp., et al.*
**Civil Action No. 18 Civ. 10878 (GBD)(SLC)**

Dear Judge Daniels:

This office represents the Plaintiff in the above-referenced action. We write with the consent of Defendants to inform the Court that the parties have reached a settlement in this matter and to respectfully request an adjournment *sine die* of the status conference currently scheduled for December 15, 2021 while the parties finalize and execute the settlement. In light of the upcoming holidays, Plaintiff proposes to file a motion for approval of an FLSA settlement by January 7, 2022.

We appreciate Your Honor's attention to this matter. Please contact the undersigned should you have any questions regarding this submission.

Respectfully submitted,

*/s/ Brent E. Pelton*

Brent E. Pelton, Esq. of
PELTON GRAHAM LLC

cc:   All Counsel (via ECF)

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800
**San Francisco**: 456 Montgomery Street, 18th Fl., San Francisco, CA 94104  Tel. 415-437-9100  Fax 212-385-0800

www.PeltonGraham.com